STATE OF VERMONT

| | |
|---|---|
| **SUPERIOR COURT** | **CIVIL DIVISION** |
| **Orleans County** | **Docket No. 335-12-15-OSCV** |

CHUCK HILL, Individually and on Behalf )
of All Others Similarly Situated, )
                                          )
              Plaintiff, )     **Case No. 335-12-15-OSCV**
                                          )
v. )
                                          )
DOLGENCORP, LLC (d/b/a DOLLAR )
GENERAL, CORPORATION), )
                                          )
            Defendant. )

## NOTICE OF FILING OF NOTICE OF REMOVAL
**[28 U.S.C. § 1446(d)]**

To:    Wilfred K. Wright, Jr.
          Wright Law PLC
          P.O. Box 982
          Claremore, Oklahoma 74018

          Cindy St. Amant, Esq.
          Kanner & Whiteley, LLC
          701 Camp Street
          New Orleans, LA 70130

Attorneys for the Plaintiff in the above-captioned matter:

PLEASE TAKE NOTICE THAT, on February 1, 2016, Defendant Dolgencorp, LLC, d/b/a Dollar General Corporation ("Dolgencorp") filed a Notice of Removal in the above-entitled action in the United States District Court for the District of Vermont. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

YOU ARE ALSO ADVISED THAT, Defendant, on filing such Notice of Removal in the Office of the Clerk of the United States District Court for the District of Vermont, also filed a

copy of this Notice of Filing of Notice of Removal with the Clerk of the Vermont Superior Court, Civil Division, Orleans Unit on February 1, 2016 to effect removal pursuant to 28 U.S.C. §1446. Pursuant to such filing, said Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: February 1, 2016

Respectfully Submitted:

DOLGENCORP, LLC

By: _____
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
199 Main St, P.O. Box 190
Burlington, VT 05402-0190
Telephone: (802) 863-2375
Facsimile: (802) 862-7512
mborick@drm.com

16474898.1

2