# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| CHUCK HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC (d/b/a DOLLAR GENERAL, CORPORATION)<br><br>        Defendant. | Case No. 2:16-cv-00026-wks<br><br>Removed from<br>Vermont Superior Court<br>Orleans Civil Unit<br>Case No. 335-12-15-OSCV |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant Dolgencorp, LLC states that its parent corporation is Dollar General Corporation, which is a publicly held corporation and which owns 10% or more of Dolgencorp's stock. Defendant Dolgencorp further states that it has no subsidiaries that are not wholly-owned, and that it has no affiliates (other than its parent) that have issued shares of ownership to the public.

Dated: February 4, 2016

Respectfully Submitted:

**DOLGENCORP, LLC**

By: \_\_\_/s/ Matthew S. Borick_____
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
199 Main St, P.O. Box 190
Burlington, VT 05402-0190
Telephone: (802) 863-2375
Facsimile: (802) 862-7512
mborick@drm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 4, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I further certify that a copy of this filing was served by first-class mail and/or electronic mail on the following:

Wilfred K. Wright Jr., Esq.
WRIGHT LAW PLC
P.O. BOX 982
Claremore Oklahoma 74018
Tel: (918) 341-1923
Fax: (918) 341-1923

Allan Kanner, Esq.
Conlee Whiteley, Esq.
Cindy St. Amant, Esq.
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, Louisiana 70130
Tel: (504) 524-5777
Fax: (504) 524-5763

           By:   /s/ Matthew S. Borick_____
               Matthew S. Borick
               DOWNS RACHLIN MARTIN PLLC
               199 Main Street, P.O. Box 190
               Burlington, VT  05402
               Tel: 802-863-2375
               Fax: 802-862-7512
               mborick@drm.com

16478875.1